UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Maria Rodriguez Albarran et al )<br>)<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 07MJ2810<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **Ruben B. Brooks**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted**) Case Disposed / Order of Court).

Margarita Marquina Deleon

DATED: 12/07/07

**Ruben B. Brooks**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                OR
              DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
        Deputy Clerk

CLERK'S OFFICE COPY                ☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95