UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> vs. <br><br> M Rodriguez-Albarran et al <br> Defendant(s) | CRIMINAL NO. 07CR 3379-JM1 <br><br> ORDER 07MJ2810 <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the ~~United States District~~/Magistrate Judge, **Ruben B. Brooks**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Maria Perez-Delgadillo

DATED: 12/18/07

RECEIVED _____
DUSM

Ruben B Brooks
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by
Deputy Clerk