UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) ) | CRIMINAL NO. 07 CR 3379-JM1 |
| vs. | ) ) | ORDER 07 MJ 2810 |
| | ) ) | RELEASING MATERIAL WITNESS |
| M. Rodriguez-Albarran | ) ) | Booking No. |
| Defendant(s) | ) ) | |

On order of the ~~United States District~~/Magistrate Judge, **Ruben B. Brooks**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

**Rodrigo Lopez-Hernandez**

DATED: 12/18/07

**Ruben B. Brooks**
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

RECEIVED _____ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____ Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-561-774/70062