AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | CASE NUMBER: 07CR3379JM / 07mj2410 |
| LADY WALLEZCA MUNOZ-AGUILAR (2) | |

I, LADY WALLEZCA MUNOZ-AGUILAR, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony).

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 12/18/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Lady Wallezca Munoz Aguilar_
Defendant

X _Marlene Dobro_
Defense Counsel

Before _[signature]_
Judicial Officer